IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL JESUS DOMINGUEZ,

        Plaintiff,                  No. 2:09-cv-1927 MCE KJN P

    vs.

JEFF OSGOOD, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On February 19, 2010, plaintiff filed a motion for the case to "be assessed."

        On January 25, 2010, plaintiff's complaint was dismissed and plaintiff was granted 30 days to file an amended complaint. Plaintiff has not filed an amended complaint. Plaintiff will be granted an additional 14 days to file an amended complaint, pursuant to the January 25, 2010 order. Failure to filed an amended complaint will result in a dismissal of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted 14 days from service of this order to file an amended complaint.

        2. Plaintiff's motion for the cases to be assessed (Dkt. No. 9) is vacated.

DATE: March 4, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

domi1927.ord