1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAUL JESUS DOMINGUEZ,

11              Plaintiff,                    No. 2:09-cv-1927 MCE KJN P

12        vs.

13   JEFF OSGOOD, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel and in forma pauperis.

17   Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

18              On January 25, 2010, plaintiff's complaint was dismissed and plaintiff was

19   granted 30 days to file an amended complaint.  Plaintiff did not file an amended complaint, but

20   instead filed on February 19, 2010, a motion for the case to be assessed that the court interpreted

21   as a request to screen the complaint.  On March 5, 2010, the court reminded plaintiff that his

22   complaint had been dismissed with leave granted to file an amended complaint and the court was

23   waiting for the amended complaint.  The court granted plaintiff 14 days to file an amended

24   complaint and warned that failure to file an amended complaint could result in a dismissal of this

25   case.

26              Rather than file an amended complaint per the court's orders, plaintiff filed on

1    March 18, 2010, another motion to amend the complaint.  Plaintiff is advised to read the court's

2    orders and follow the court's orders.  Plaintiff will be given one final extension to file an

3    amended complaint.  Plaintiff has 14 days from the date of the service of this order to file an

4    amended complaint.  Plaintiff shall not file any more requests to amend the complaint.  Failure to

5    file an amended complaint will result in an order dismissing this action.

6              Accordingly, IT IS HEREBY ORDERED that:

7              1.  Plaintiff is granted 14 days from service of this order to file an amended

8    complaint.

9              2.  Plaintiff's motion to amend the complaint (Dkt. No. 11) is vacated.

10   DATED:  April 6, 2010

11

12

13

14                              _____
                                KENDALL J. NEWMAN
15                              UNITED STATES MAGISTRATE JUDGE

16   domi1927.ord2

17

18

19

20

21

22

23

24

25

26